# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:16-cv-01630-MPS <br> ) <br> ) **CLASS ACTION** |
| v. | ) <br> ) |
| SBOCA, LLC, a Tennessee limited liability company and JOHN DOES 1-5, | ) <br> ) <br> ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, GORSS MOTELS INC., through its undersigned attorneys, hereby dismisses this action without prejudice.

        Respectfully submitted,

        GORSS MOELS INC., individually and on behalf of a class of similarly-situated persons,

        s/Aytan Y. Bellin
        Aytan Y. Bellin ct28454
        **BELLIN & ASSOCIATES LLC**
        85 Miles Avenue
        White Plaines, NY  10606
        Phone: 914-358-5345 / Fax: 212-571-0284
        Aytan.Bellin@bellinlaw.com

        Brian J. Wanca
        **ANDERSON + WANCA**
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone:  847-368-1500 / Facsimile:  847-368-1501
        bwanca@andersonwanca.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              s/ Aytan Y. Bellin